UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| KELLY JAMES CLARK, JR. | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 3:20-cv-00017 |
| v. | ) ) ) | **ORDER** |
| GLENN TOMMY PAYNE, *et al.*, | ) ) ) | By:   Hon. Thomas T. Cullen United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motion for summary judgment (ECF No. 88) is **GRANTED** and Plaintiff's motion for leave to amend is **DENIED**. The Clerk is directed to enter judgment in favor of Defendants.

It is further **ORDERED** that Defendant's motion *in limine* (ECF No. 102) is **DENIED as moot**.

The Clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 24th day of March, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE