# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| KELLY JAMES CLARK, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:20-cv-00017 (TTC) |
| v. ) | |
| ) | |
| KEVIN CARL, *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR LEAVE TO WITHDRAW FOR
## JOSHUA ERLICH AND KATHERINE HERRMANN

Joshua Erlich, Esq. and Katherine Herrmann, Esq., being members of this Court, and herein referred to collectively as "The Erlich Law Office" or "Counsel", respectfully move for leave to withdraw as counsel to Kelly James Clark, Jr. for the reasons stated on the record during the Final Pretrial Conference in this matter on August 9, 2024. Specifically, Mr. Clark has terminated Counsel's representation.

In compliance with this Court's instructions, Counsel will work to coordinate the ordering and delivery of the transcript of the Final Pretrial Conference to Mr. Clark and follow up with state authorities regarding Mr. Clark's attendance at trial. With the exception of these directions from this Court, Counsel seeks to be otherwise terminated from this matter.

WHEREFORE, for the reasons set forth herein, the movants respectfully request that the Court grant this Motion for Leave to Withdraw as Counsel.

Dated: August 10, 2024                      Respectfully submitted,

                                                            /s/
                                                Joshua Erlich, VA Bar No. 81298
                                                Katherine Herrmann, VA Bar No. 83203

THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA  22209
Tel:     (703) 791-9087
Fax:    (703) 722-8114
Email: jerlich@erlichlawoffice.com
           kherrmann@erlichlawoffice.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2024, I sent the foregoing via electronic notification on the CM/ECF system to the following:

William W. Tunner, Esq. (VSB No. 38358)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: wtunner@t-mlaw.com

*Counsel for Defendants Kevin Carl and Colby Miller*

          /s/
Joshua Erlich (VA Bar No. 81298)
Katherine L. Herrmann (VA Bar No. 83203)
**The Erlich Law Office, PLLC**
1550 Wilson Blvd
Ste 700
Arlington, VA  22209
Tel:     (703) 791-9087
Fax:    (703) 351-9292
Email: jerlich@erlichlawoffice.com
          kherrmann@erlichlawoffice.com