IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
8/22/2024
LAURA A. AUSTIN, CLERK
BY: *s/C. Kemp*
DEPUTY CLERK

| | |
|---|---|
| KELLY JAMES CLARK, JR., ) | |
| ) | |
| Plaintiff, ) | Case No. 3:20-cv-00017 |
| ) | |
| v. ) | **JUDGMENT ORDER** |
| ) | |
| CORRECTIONAL OFFICER KEVIN ) | By:   Hon. Thomas T. Cullen |
| CARL and CORRECTIONAL ) | United States District Judge |
| OFFICER COLBY MILLER, ) | |
| ) | |
| Defendants. ) | |

This matter was tried to a jury on August 21, 2024. Consistent with the unanimous verdict returned by that jury on August 21 (ECF No. 187), judgment is hereby **ENTERED** in favor of Defendants Correctional Officer Kevin Carl and Correctional Officer Colby Miller on Plaintiff Kelly James Clark, Jr.'s 42 U.S.C. § 1983 claim of excessive force. All pending motions, including motions taken under advisement by the court, are **DENIED AS MOOT**.

The Clerk is directed to forward a copy of this Order to the parties and to **STRIKE** this case from the court's active docket..

**ENTERED** this 22nd day of August, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE